TUV⑪ÞÕÜŒþVÖÖ
*Kevin H. Sharp*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:12-00208 |
| | ) | JUDGE SHARP |
| | ) | |
| ANTHONY STEVENSON | ) | |

MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

Comes the defendant, Anthony Stevenson, through counsel, and requests an extension to file a motion to continue. In support of this request, counsel submits the following:

Mr. Stevenson is currently being held in the custody of the Tennessee Department Of Corrections at Morgan County Correctional Complex in Wartburg, Tennessee. Counsel will not be able to consult with Mr. Stevenson concerning information recently uncovered from investigation, until Monday September 16, 2013. Mr. Stevenson also has pending state charges and is represented in that case. Counsel has had communication with the Government and Mr. Stevenson's state attorney concerning a possible resolution for everything. This information will be communicated to Mr. Stevenson so that he may decide how to proceed.

For these reasons, it is respectfully requested that the Court extend the motion filing deadline until September 20, 2013.